UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 06-19-KKC

NINA NJOKU,       PLAINTIFF,

v.     **OPINION AND ORDER**

COMMONWEALTH OF KENTUCKY,
CABINET FOR HEALTH AND FAMILY SERVICES,
KENTUCKY PERSONNEL BOARD
and the agent and employees of said state agencies,     DEFENDANTS.

\* \* \* \* \* \* \* \*

This matter is before the Court on a Plaintiff's Motion to Set Aside Judgment [Rec. No. 22]. For the reasons stated below, the Motion is DENIED.

The facts in this matter are laid out in the Court's February 1, 2007 Opinion and Order [Rec. No. 14], thus, the Court will not reproduce those facts here.

The Plaintiff brings this Motion pursuant to Federal Rule of Civil Procedure 59(e) requesting the Court to reconsider its April 24, 2007 Opinion and Order dismissing all claims against the Defendants. The Plaintiff argues for the first time that KRS 413.270 controls this case and requires that the Court reconsider its dismissal. The Plaintiff failed to bring this statute to the attention of the Court in previous pleadings. Nevertheless, the Court finds that KRS 413.270 is inapplicable in this case. *See D. & J. Leasing, Inc. v. Hercules Galion Products, Inc.*, 429 S.W.2d 854 (Ky. 1968)(the intention of the general statute of limitations governing the effect of a judgment of no jurisdiction is to allow a litigant to proceed despite having filed the original action in the wrong venue.).

Accordingly, **IT IS ORDERED** as follows:

(1)     Plaintiff's Motion to Set Aside Judgment [Rec. No. 22] is **DENIED**.

This the 30th day of May, 2007.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge